# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

——————

No. 02-2548

——————

Jason Randal French,                    *
                                        *
            Appellant,                  *   Appeal from the United States
                                        *   District Court for the Eastern
    v.                                  *   District of Arkansas.
                                        *
State of Arkansas,                      *          [UNPUBLISHED]
                                        *
            Appellee.                   *

——————

Submitted:   November 29, 2002

Filed:   December 6, 2002

——————

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

——————

PER CURIAM.

Jason Randal French appeals the district court's[*] dismissal of French's civil lawsuit. Having carefully reviewed the record, we conclude dismissal was proper: among other things, the State is immune under the Eleventh Amendment. Accordingly, we affirm. We also deny French's motion for oral argument. See 8th Cir. R. 47B.

——————

[*]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.